1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar # 244785
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUAN ALBERTO DE LA FUENTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S 11-411 LKK |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| JUAN ALBERTO DE LA FUENTE, ) | |
| ) | Judge:  Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |

_____

This matter came before the Court for Status Conference on January 18, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney William Wong.

Defendant Juan Alberto De La Fuente, who was present and in custody, was represented by Assistant Federal Defender Courtney Fein.

The parties requested that probation prepare a Pre-Plea Report. Defense counsel requested that the matter be set for further status conference on March 20, 2012. The parties agreed on the need for additional time to allow for defense preparation, preparation of the Pre-Plea Report, and further settlement negotiations.

IT IS HEREBY ORDERED that this matter be set for further status conference on

March 20, 2012.

        IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period from January 18, 2012 up to and including March 20, 2012 is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel. The court finds that the ends of justice served by granting this continuance outweigh the best interest of the defendant and the public in a speedy trial.

DATED: February 1, 2012

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT