DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
JUAN ALBERTO DE LA FUENTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN ALBERTO DE LA FUENTE, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR. S-11-411 LKK <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: July 17, 2012 <br> Time: 9:15 a.m. <br> Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney, and defendant, JUAN ALBERTO DE LA FUENTE by and through his counsel, COURTNEY FEIN, Assistant Federal Defender that the status conference set for Tuesday, May 15, 2012, be continued to Tuesday, July 17, 2012, at 9:15 a.m., for status conference.

The reason for this continuance is that the parties are engaged in settlement discussions. The probation department is still in the process of preparing a pre-plea report to assist the parties in those discussions by providing a criminal history calculation and preliminary guidelines calculation. As Mr. De La Fuente is housed in Butte County, counsel will need time to travel to the jail to further discuss the results of any settlement discussions

with him.

It is further stipulated that the time period from the date of this stipulation, May 15, 2012, through and including the date of the new status conference, July 17, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: May 9, 2012                    Respectfully submitted,

                                                         DANIEL J. BRODERICK
                                                       Federal Defender

                                                       /s/ Courtney D. Fein
                                                       COURTNEY D. FEIN
                                                       Assistant Federal Defender
                                                       Attorney for Defendant
                                                       JUAN ALBERTO DE LA FUENTE

DATED: May 9, 2012                    BENJAMIN B. WAGNER
                                                       United States Attorney

                                                       /s/ Courtney D. Fein for
                                                       WILLIAM WONG
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff

## **O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set May 15, 2012, status conference shall be continued to July 17, 2012, at 9:15 a.m.. It is further ordered that the time period from the date of the parties' stipulation, May 9, 2012, through and including the date of the new status conference hearing, July 17, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel

reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: May 10, 2012

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT