```
1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUAN DE LA FUENTE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-411-LKK |
| Plaintiff, | |
| v. | ORDER RE: WAIVER OF DEFENDANT'S PRESENCE |
| JUAN DE LA FUENTE, | |
| Defendant. | |
| _____ | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, JUAN DE LA FUENTE, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of him which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for

trial any day and hour the Court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated: August 10, 2012  /s/ Juan De La Fuente
JUAN DE LA FUENTE

I agree with and consent to my client's waiver of appearance.

Dated:  August 2, 2011  /s/ Courney Fein
COURTNEY FEIN
Designated Counsel for Service
Attorney for Defendant
JUAN DE LA FUENTE

IT IS SO ORDERED.

Dated: August 24, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT