DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
JUAN ALBERTO DE LA FUENTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN ALBERTO DE LA FUENTE, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-S-11-411 LKK <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: March 5, 2013 <br> Time: 9:15 a.m. <br> Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney, and defendant, JUAN ALBERTO DE LA FUENTE by and through his counsel, COURTNEY FEIN, Assistant Federal Defender that the status conference set for Tuesday, January 29, 2013, be continued to Tuesday, March 5, 2013, at 9:15 a.m., for status conference.

The reason for this continuance is that the parties are engaged in settlement discussions. As Mr. De La Fuente is housed in Butte County, counsel will need time to travel to the jail to discuss the results of any settlement discussions with him.

It is further stipulated that the time period from the date of this stipulation, January 25,

2013, through and including the date of the new status conference, March 5, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: January 25, 2013      Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Courtney D. Fein
COURTNEY D. FEIN
Assistant Federal Defender
Attorney for Defendant
JUAN ALBERTO DE LA FUENTE

DATED: January 25, 2013      BENJAMIN B. WAGNER
United States Attorney

/s/ Courtney D. Fein for
WILLIAM WONG
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set January 29, 2013, status conference shall be continued to March 5, 2013, at 9:15 a.m.. It is further ordered that the time period from the date of the parties' stipulation, January 25, 2013, through and including the date of the new status conference hearing, March 5, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.

1  The Court specifically finds that the ends of justice served by the granting of such continuance
2  outweigh the interests of the public and the defendant in a speedy trial.
3  **IT IS SO ORDERED.**

5  DATED: January 29, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3