JOSEPH SCHLESINGER, Bar #87692
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
JUAN ALBERTO DE LA FUENTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-411 LKK |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE STATUS CONFERENCE |
| | ) | |
| JUAN ALBERTO DE LA FUENTE, | ) | Date: April 23, 2013 |
| | ) | Time: 9:15 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney, and defendant, JUAN ALBERTO DE LA FUENTE by and through his counsel, COURTNEY FEIN, Assistant Federal Defender that the status conference set for Tuesday, March 5, 2013, be continued to Tuesday, April 23, 2013, at 9:15 a.m., for status conference.

The reason for this continuance is that the parties continue to be engaged in settlement discussions, and counsel continues to investigate possible defenses in the event that Mr. De La Fuente elects to proceed to trial. As Mr. De La Fuente is housed in Butte County, counsel will need time to travel to the jail to discuss the case with him.

It is further stipulated that the time period from the date of this stipulation, February 8,

2013, through and including the date of the new status conference, April 23, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].


DATED: February 8, 2013              Respectfully submitted,

                                          JOSEPH SCHLESINGER
                                          Acting Federal Defender

                                          /s/ Courtney D. Fein
                                          COURTNEY D. FEIN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JUAN ALBERTO DE LA FUENTE


DATED: February 8, 2013              BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Courtney D. Fein for
                                          WILLIAM WONG
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set March 5, 2013, status conference shall be continued to April 23, 2013, at 9:15 a.m.. It is further ordered that the time period from the date of the parties' stipulation, February 8, 2013, through and including the date of the new status conference hearing, April 23, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel

reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: February 14, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT